LEWIS BRISBOIS BISGAARD & SMITH LLP
STEPHEN H. TURNER, SB# 89627
  E-Mail: Stephen.Turner@lewisbrisbois.com
LARISSA G. NEFULDA, SB# 201903
  E-Mail: Larissa.Nefulda@lewisbrisbois.com
633 West 5th Street, Ste. 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
CREDIT BUREAU OF SANTA MARIA dba
THE CREDIT BUREAU OF SAN LUIS
OBISPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT MOSQUEDA, | CASE NO. 2:15-cv-02908 TJH (AGRx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| CREDIT BUREAU OF SANTA MARIA dba THE CREDIT BUREAU OF SAN LUIS OBISPO | [Hon. Terry J. Halter, Jr.] |
| Defendant. | |

On July 26, 2016, this Court granted in its entirety the Motion for Summary Judgment of Defendant, Credit Bureau of Santa Maria dba the Credit Bureau of San Luis Obispo and Santa Barbara Counties ("Defendant"), pursuant to Federal Rule of Civil Procedure 56 on the grounds that the claims as set forth in the Complaint of Plaintiff Albert Mosqueda are without merit as a matter of law against Defendant.

In accordance with the Court's order granting Defendant's Motion for Summary Judgment, the Court now enters the following Judgment.

4814-4257-3365.1

JUDGMENT

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

2  1. Plaintiff Albert Mosqueda recover nothing from Defendant;

3  2. Judgment is entered in favor of Defendant; and

4  3. Defendant shall recover costs of suit from Albert Mosqueda.

7  DATED: August 12, 2016    _____
              Hon. Terry J. Halter, Jr.
              UNITED STATES DISTRICT JUDGE